**Motion Granted; Order filed June 20, 2013**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-01143-CR**
_____

**IKECHUKWU CHRIS OBUDULU, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 23rd District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 65035**

---

### ORDER

The State has filed a motion requesting we inspect the original of State's Exhibit No. 2, a hammer. Tex. R. App. P. 34.5(f). The motion is GRANTED.

Accordingly, the clerk of the 23rd District Court is directed to deliver to the clerk of this court the original of State's Exhibit No. 2, a hammer, on or before **July 12, 2013.** The clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their

inspection; and, upon completion of inspection, to return the original of State's Exhibit No. 2, a hammer, to the clerk of the 23rd District Court.

PER CURIAM